1412

91-1507. Ohio Chamber of Commerce v. State Emergency Response Comm. *Franklin County*, Nos. 91AP–173 and 91AP–174. On motion for leave to amend brief. Motion granted. MOYER, C.J., not participating.

*Wednesday, June 24, 1992*

## MERIT DOCKET

92–724. State ex rel. Whitehead v. Wilkinson. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

92–765. State ex rel. Adams v. Denniss. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

92–770. State ex rel. Adams v. Wise. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

92–772. State ex rel. Adams v. Falvey. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. On motion for sanctions. Motion denied.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

92–773. State ex rel. Adams v. Harmon. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. On motion for sanctions. Motion denied.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

92–829. State ex rel. Meyer v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

92–915. State ex rel. Davis v. Judges of the Court of Appeals, Ninth Judicial Dist. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.